UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ARNALDO LOPEZ, | ) | NO. CV 06-07761 RGK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| A.P. KANE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: MAY 16 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE